G. D. STEWART and WATTERSON & KIMSEY, for plaintiff in error.  JOHN L. DOYAL, *contra.*

---

## DAVIS *v.* McDADE.

In view of the fact that the presiding judge in granting the injunction required a bond with security to be given for the forthcoming of the property levied upon to answer the final judgment, it is not

apparent to this court that there was any such abuse of discretion in granting the injunction as to require or justify a reversal; the plaintiff in error not having briefed the evidence nor made any *bona fide* attempt to brief it, but having brought to this court lengthy documents containing much needless and irrelevant matter. *Judgment affirmed.*

April 9, 1894. Argued at the last term.

Injunction. Before Judge JENKINS. Putnam county. October 23, 1893.

W. B. & S. T. WINGFIELD, for plaintiff in error.
JOSEPH S. TURNER, *contra.*

---

June 11, 1894. Argued at the last term. *Judgment affirmed.*